# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN RUSH,

    Plaintiff,

vs.

R. MOONEY,

    Defendant.

Case No. 3:11-CV-00736-LRH-(VPC)

**ORDER**

    Plaintiff has submitted a motion for the sheriff or the United States Marshal to serve the complaint (#6). The motion is moot because the court has electronically served the Attorney General of the State of Nevada. If the Attorney General is unable to accept service of process on behalf of defendant, then plaintiff may renew the motion.

    IT IS THEREFORE ORDERED that plaintiff's motion for the sheriff or the United States Marshal to serve the complaint (#6) is **DENIED** as moot

    DATED this 7th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE